IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 20 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| BRIAN PITSENBARGER AND<br>JAMES ELDON FERRELL,<br>    Plaintiff,<br><br>v.<br><br>SHERIFF BRYAN HUTCHESON, et al.,<br>    Defendant(s). | Civil Action No. 7:13-cv-00206<br><br>**FINAL ORDER**<br><br>By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) without prejudice and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 20th day of May, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge