CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 20 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRIAN PITSENBARGER AND JAMES ELDON FERRELL, Plaintiff, | Civil Action No. 7:13-cv-00206 |
| v. | **FINAL ORDER** |
| SHERIFF BRYAN HUTCHESON, et al., Defendant(s). | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) without prejudice and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 20th day of May, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge